424 A.2d 503

**COMMONWEALTH of Pennsylvania**

v.

**Cornell GALLOWAY, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1980.

Decided Jan. 27, 1981.

Penn B. Glazier, Lancaster, for appellant.

Edward F. Browne, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Lancaster County is affirmed.